**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

TARA MARIE CULBREATH　　　　　　　　　Chapter 13

　　　　　　　　　　　Debtor　　　　Bankruptcy No. 18-17768-MDC

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

　　**AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to file with appropriate tax authorities, not later than the day before the date on which the meeting of creditors is first scheduled to be held under 11 U.S.C. Section 341(a), all tax returns as required by 11 U.S.C. Sections 1307(e) and 1308(a).

　　The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

　　The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

　　**WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ William C. Miller
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　William C. Miller, Esquire
　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1229
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19105
　　　　　　　　　　　　　　　　　　　　　Telephone: (215)627-1377