IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tara M. Culbreath<br>xxx-xx-9490<br>102 Lafayette Road<br>East Norriton PA 19401<br><br>Debtor | : CHAPTER 13<br>: CASE NO. 18-17768-MDC<br>:<br>: HEARING DATE: 10/1/2019<br>: TIME: 10:30 A.M.<br>: LOCATION: COURT ROOM No. 2<br>: United States Bankruptcy Ct.<br>: 900 Market St., 2nd Floor<br>: Philadelphia, PA 19107 |

## ORDER

AND NOW, this 15th Day of October, 2019 upon consideration of the Objection of the Debtor to the Proof of Claim of Waste System Authority (Claim no. 18 on the claims register of the case), said Claim is now hereby DISALLOWED as deficient. ~~IT IS~~ FURTHER ORDERED that Claim No. 18 is di~~ any underlying claim or lien, statutory or consensual, is hereby voided for reason of the respondent's failure to document any such claim.~~

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge